UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ROBERT BANAYAT,                      | Case No. 15-CV-02491-LHK |
|---                                    |---|
| Plaintiff,                            | **CASE MANAGEMENT ORDER** |
| v.                                    | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendants.                           | |

Plaintiff's Attorney: Elliot Gale
Defendant's Attorneys: Alisa Givental

    An initial case management conference was held on September 23, 2015. A further case management conference is set for December 16, 2015, at 2:00 p.m. The parties shall file their joint case management statement by December 9, 2015.

    Plaintiff and Defendant Cavalry Portfolio Services, LLC shall file a stipulation of dismissal by September 29, 2015.

    Plaintiff and Defendant Capital One Bank (USA), N.A. ("Capital One") shall file a stipulation selecting an ADR process by September 29, 2015.

    By October 9, 2015, Plaintiff and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") shall file a notice of settlement or Defendant Wells Fargo shall file a notice of intent to submit to arbitration. By November 2, 2015, Plaintiff and Defendant Wells Fargo shall file a stipulation of

dismissal or a stipulation to dismiss this case and proceed by way of arbitration, or Defendant Wells Fargo shall file a motion to compel arbitration.

Plaintiff and any remaining defendants must serve initial disclosures by October 15, 2015.

Plaintiff shall serve this order on Defendant Capital One and file a certificate of service.

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend the Pleadings/Add Parties | October 30, 2015 |
| Deadline to Complete ADR for Wells Fargo | December 16, 2015 |
| Opening Expert Reports | February 1, 2016 |
| Rebuttal Expert Reports | March 1, 2016 |
| Close of Expert Discovery | March 31, 2016 |
| Close of Fact Discovery | March 31, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | May 30, 2016 |
| Hearing on Dispositive Motions | July 7, 2016, at 1:30 p.m. |
| Final Pretrial Conference | September 8, 2016, at 1:30 p.m. |
| Jury/Bench Trial | October 3, 2016, at 9:00 a.m. |
| Length of Trial | 3 days |

**IT IS SO ORDERED.**

Dated:  September 23, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-02491-LHK
CASE MANAGEMENT ORDER