UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ROBERT BANAYAT,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, et al.,<br><br>Defendants. | Case No. 15-CV-02491-LHK<br><br>**ORDER DIRECTING PLAINTIFF TO SERVE DEFENDANT CAPITAL ONE BANK (USA), N.A. WITH THE CASE MANAGEMENT ORDER AND TO FILE A STIPULATION SELECTING AN ADR PROCESS** |

Plaintiff Robert Banayat ("Plaintiff") has failed to file a certificate of service demonstrating Plaintiff served the September 23, 2015 Case Management Order ("CMO") on Defendant Capital One Bank (USA), N.A. ("Capital One"), as required by the CMO. *See* ECF No. 56. Additionally, Plaintiff and Capital One have failed to file a stipulation selecting an ADR process by September 29, 2015, also required by the CMO. *See id.* Plaintiff is hereby ORDERED to serve the CMO on Capital One and file a certificate of service by October 2, 2015. The parties are hereby ORDERED to file a stipulation selecting an ADR process by October 6, 2015. Failure to comply with these deadlines may result in a dismissal of this defendant with prejudice for failure to prosecute.

1

Case No.: 15-CV-02491-LHK
ORDER DIRECTING PLAINTIFF TO SERVE DEFENDANT CAPITAL ONE BANK (USA), N.A. WITH THE CASE MANAGEMENT ORDER AND TO FILE A STIPULATION SELECTING AN ADR PROCESS

**IT IS SO ORDERED**.

Dated:  September 30, 2015

_____
LUCY H. KOH
United States District Judge